**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.: 0:25-cv-61700-RAR**

JORDAN MURPHY individually,

       *Plaintiff*,

v.

MOMENTUM SOLAR LLC,

       *Defendant*.

_____/

## DEFENDANT, MOMENTUM SOLAR LLC's, CERTIFICATE OF INTERESTED PARTIES AND CORPORATE DISCLOSURE STATEMENT

Defendant, Momentum Solar LLC, pursuant to the Court's October 9, 2025 Order Requiring Scheduling Report and Certificates of Interested Parties [DE 17], and Federal Rule of Civil Procedure 7.1, hereby identifies the following interested parties and submits its Corporate Disclosure Statement:

1. Defendant, Momentum Solar LLC.

2. Momentum Solar Energy Services, LLC, subsidiary of Defendant

3. Adriana Kostencki of Exoro Law, PLLC, Attorneys for Defendant

4. Plaintiff, Jordan Murphy

5. Peter J. Solnick of Solnick Law, P.A.

### Corporate Disclosure Statement

Momentum Solar certifies, pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, that no parent corporation or publicly held corporation owns 10% or more of its membership units.

1

Dated: November 3, 2025

Respectfully submitted,

By: */s/ Adriana Kostencki*
Adriana Kostencki
Florida Bar No. 84507
akostencki@exorolaw.com
Eservice: paralegal@exorolaw.com

**EXORO LAW PLLC**
5645 Coral Ridge Drive, Suite 306
Coral Springs, FL 33076
Telephone:  954/947-0050

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on November 3, 2025, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will serve a copy of the foregoing document on all counsel of record on the below service list.

*/s/ Adriana Kostencki*
Adriana Kostencki

## SERVICE LIST

Peter J. Solnick, Esq.
SOLNICK LAW
3363 NE 163rd Street, Suite 801
North Miami Beach, FL 33160
T:  (786) 629-6530
F:  (305) 468-6353
E: Pete@solnicklaw.com

*Attorney for Plaintiff*

2